UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff<br><br>　　　　v<br><br>RAFAEL E. SUAREZ-LOPEZ<br>　　　Defendant | 02-CV-1044(DRD)<br><br>Collection of Money |

**INSTALLMENT PAYMENT ORDER**

The plaintiff herein has filed a motion requesting an installment payment order.  *See* Docket No. 10.

For the reasons stated therein and it appearing from the records of this Court in the above mentioned case that on April 18, 2002, a civil judgment was issued by the Honorable Court in the instant case;  and further,

It appearing that the defendant is receiving substantial non-exempt disposable earnings;

NOW THEREFORE, IT IS HEREBY ORDERED that the defendant RAFAEL E. SUAREZ-LOPEZ, shall make consecutive monthly payments of $1,000.00 (each), commencing on **November 15, 2010,** and every 15th day of each month, until further order of this Honorable Court; and,

　　　IT IS FURTHER ORDERED

That said payments shall be made in money order or manager's check payable to the order of the U.S. Department of Justice and

```
USA v RAFAEL E. SUAREZ-LOPEZ
Court No. 02-CV-1044(DRD)
Page 2
```

mailed to the United States Attorney's Office, Financial Litigation Unit, 350 Carlos Cardon Street, Suite 1201, San Juan, Puerto Rico 00918, to be applied upon the judgment issued in this case; and further,

Defendant RAFAEL E. SUAREZ-LOPEZ is ADMONISHED that failure to show good cause for lack of compliance with this Order could result in contempt of the Court.

IT IS SO ORDERED.

In San Juan Puerto Rico, this 12th day of October, 2010.

                                            s/Daniel R. Domínguez
                                            DANIEL R. DOMINGUEZ
                                            UNITED STATES DISTRICT JUDGE

Case 3:02-cv-01044-DRD   Document 12   Filed 10/12/10   Page 3 of 3